**Order entered May 10, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01040-CV

**MEDICUS INSURANCE COMPANY, Appellant**

**V.**

**FREDERICK TODD, II, M.D. D/B/A ARLINGTON NEUROLOGICAL & SPINE
ASSOCIATION, Appellee**

**On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-09-01913**

## ORDER

Appellee's motion to disregard and strike statements outside the record is **DENIED**.

/s/     LANA MYERS
         JUSTICE